NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STOPINC AKTIENGESELLSCHAFT,**
*Plaintiff-Appellant*

**v.**

**J.W. HICKS, INC.,**
*Defendant-Appellee*

---

2016-1102

---

Appeal from the United States District Court for the Northern District of Indiana in No. 2:14-CV-238-PPS-JEM, Judge Philip P. Simon.

---

**JUDGMENT**

---

Gerard F. Dunne, Law Office of Gerard F. Dunne, P.C., New York, NY, argued for plaintiff-appellant.

Dale Randall Brown, Barnes & Thornburg LLP, Fort Wayne, IN, argued for defendant-appellee. Also represented by Alice Jane Springer, Elkhart, IN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  July 19, 2016  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |